Patricia **HUELSMANN**,
Employee/Appellant,

v.

**DIVISION OF WORKERS COMPENSATION**, Employer/Respondent,

and

**Treasurer of the State of Missouri, Custodian for the Second Injury Fund, Respondent.**

No. 65574.

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 27, 1994.

Carla G. McBride, Kessler & Kessler, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Vicky L. Anthony, Asst. Atty. Gen., Cape Girardeau, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

v.

**DIVISION OF WORKERS COMPENSATION**,
Employer,

and

**Treasurer of the State of Missouri, Custodian for the Second Injury Fund, Respondent.**

No. 65595.

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 27, 1994.

Carla G. McBride, Kessler & Kessler, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Maria W. Campbell, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

### ORDER

PER CURIAM.

Claimant appeals that portion of the award of the Labor and Industrial Relations Commission (Commission) denying her claim against the Second Injury Fund. We affirm. The award of the Commission is supported by substantial and competent evidence. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.-16(b).